IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GERALDINE MILLS,

    Plaintiff,

        v.

UNIVERSAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

19cv0265
ELECTRONICALLY FILED

## **MEMORANDUM ORDER RE ORDER TO SHOW CAUSE (Doc. 4)**

On June 20, 2019, this Court issued an Order to Show Cause why the above-captioned case should not be dismissed without prejudice on July 1, 2019, pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4(m), based upon Plaintiff's failure to serve Defendant, Universal Property and Casualty Insurance Company, as required by Fed. R. Civ. P. 4 on or before June 11, 2019. (Doc. 4). To date, Plaintiff, who is represented by counsel, has not filed any response to the Order to Show Cause. Accordingly, Plaintiff's Complaint against Defendant is DISMISSED WITHOUT PREJUDICE for failure to properly serve the Defendant in this case.

The Clerk of Court shall mark this case CLOSED.

SO ORDERED this 8th day of July, 2019.

s/Arthur J. Schwab
United States District Judge

cc:    All ECF Registered Counsel of Record